UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZIPLINK, INC., <br><br> Plaintiff, <br><br> v. <br><br> AOL, INC., <br><br> Defendant. | Civil Action No. 3:12-cv-01547 (RNC) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, ZIPLINK, INC. ("Ziplink"), and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses, with prejudice, all claims asserted in the above-referenced matter.

Dated: April 30, 2013

Respectfully submitted,

By: /s/ Steven M. Coyle_____
Steven M. Coyle, Esq. (CT 21039)
scoyle@cantorcolburn.com
Andrew C. Ryan, Esq. (CT 21565)
ryan@cantorcolburn.com
Chad A. Dever, Esq. (CT 27032)
cdever@cantorcolburn.com
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT  06103
Tel: 860-286-2929
Fax: 860-286-0115

ATTORNEYS FOR PLAINTIFF
ZIPLINK, INC.